■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CLARK, Appellant. [716 NYS2d 341] —Counsel's motion to be relieved of assignment dismissed as moot. (Appeal from-

Judgment of Supreme Court, Erie County, Rossetti, J.—Attempted Promoting Prison Contraband, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Wisner, Kehoe and Balio, JJ.